■ In the Matter of RANDY K. PAJOOH, Appellant, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [918 NYS2d 725]—

The challenged no probable cause determination was rationally based and not arbitrary and capricious (*see Matter of McFarland v New York State Div. of Human Rights*, 241 AD2d 108, 111-113 [1998]). DHR has broad discretion in determining the method to be employed in investigating a claim, and the record shows that the investigation in this case was not "abbreviated or one-sided" (*Matter of Pascual v New York State Div. of Human Rights*, 37 AD3d 215, 216 [2007]; *see also McFarland*, 241 AD2d at 111-113).

We have considered petitioner's remaining contentions and find them unavailing. Concur—Mazzarelli, P.J., Saxe, Friedman, Acosta and Freedman, JJ.